UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CGG 17-021154
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR BANK OF AMERICA, N.A.

Order Filed on May 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

SYLVIA Y. SMITH, DEBTOR

CASE NO.: 17-32361-JNP

HEARING DATE: MAY 15, 2018

JUDGE: Honorable Jerrold N. Poslusny, Jr.

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 21, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for BANK OF AMERICA, N.A., hereinafter "Secured Creditor," upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make payments on a mortgage loan and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor is currently delinquent in post-petition payments for the months of March 1, 2018 through May 1, 2018 in the amount of $3,796.26, less a suspense balance of $735.74, for a total delinquency of $3,060.52.

2. 2. Debtor agrees to capitalize the post-petition delinquency outlined in Paragraph One (1), $3,060.52, to be paid through the remaining Chapter 13 Plan.

3. Starting June 1, 2018, Debtor also agrees to maintain all contractually due payments, which currently amount to $1,265.42.

4. Debtor shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through the Chapter 13 Plan. The Chapter 13 Standing Trustee shall amend her records to reflect same.

5. If the Debtor fails to make any payments detailed in this Consent Order within fifteen (15) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 5-18-18
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 5/8/18
Moshe Rothenberg, Esquire
Attorney for the Debtor