Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 17–32361–JNP
                      Chapter: 13
                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sylvia Y Smith
   14 Cherokee Drive
   Galloway, NJ 08205

Social Security No.:
   xxx–xx–4306

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               June 9, 2020
Time:              10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*50* – Certification in Opposition to (related document:49 Creditor's Certification of Default (related document:28 Order on Motion For Relief From Stay) filed by Elizabeth L. Wassall on behalf of BANK OF AMERICA, N.A.. Objection deadline is 05/13/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor BANK OF AMERICA, N.A.) filed by Moshe Rothenberg on behalf of Sylvia Y Smith. (Rothenberg, Moshe)

and transact such other business as may properly come before the meeting.

Dated: May 14, 2020
JAN: jpl

                                                                         Jeanne Naughton
                                                                         Clerk