UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, New Jersey 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

Order Filed on August 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    17-32361

Chapter:    13

In Re:

   Sylvia Y. Smith

Hearing Date: N/A

Judge:    Jerrold N. Poslusny

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 3, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Sylvia Y. Smith

Case No.: 17-32361/JNP

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

☒   through the Chapter 13 plan as an administrative priority.

☐   outside the plan.

The debtor's monthly plan is modified to require a payment of $429.00 per month for 28 remaining months to allow for payment of the above fee with an amended wage order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32361-JNP
Sylvia Y Smith                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin            Page 1 of 1           Date Rcvd: Aug 03, 2020
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2020.
db            +Sylvia Y Smith,   14 Cherokee Drive,   Galloway, NJ 08205-3735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2020 at the address(es) listed below:
    Elizabeth L. Wassall    on behalf of Creditor    BANK OF AMERICA, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Moshe  Rothenberg    on behalf of Debtor Sylvia Y Smith moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
    Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6