| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Sylvia Y Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4306<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–32361–JNP | |

# Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Sylvia Y Smith

   12/9/22                                                **By the court:** Jerrold N. Poslusny Jr.
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Sylvia Y Smith  
Debtor

Case No. 17-32361-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sylvia Y Smith, 14 Cherokee Drive, Galloway, NJ 08205-3735 |
| 517159994 | | Bank of America, KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 517159997 | | Celtic Bank, 121 Continental Dr Ste 108, Newark, DE 19713-4326 |
| 517160002 | | Genesis Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 517160009 | | Society Hill, 57 Greenwich Dr, Galloway, NJ 08205-3670 |
| 517321628 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517160010 | | State of New Jersey, Division of Taxation Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2022 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2022 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517159993 | | Email/Text: bankruptcy@pepcoholdings.com | Dec 09 2022 21:12:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517291019 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 09 2022 21:11:00 | Bank of America, NA c/o, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806-5948 |
| 517159995 | | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519710605 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 09 2022 21:11:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Rd., Anaheim, CA 92806-5948 |
| 519710606 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 09 2022 21:11:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Rd., Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Rd., Anaheim, CA 92806-5948 |
| 517374444 | + | EDI: BASSASSOC.COM | Dec 10 2022 01:53:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 517159999 | | EDI: WFNNB.COM | Dec 10 2022 01:53:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517160000 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2022 21:11:07 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517160005 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517159996 | | Email/Text: BNSFN@capitalsvcs.com | Dec 09 2022 21:12:00 | CCS First National Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 517160001 | + | EDI: AMINFOFP.COM | Dec 10 2022 01:53:00 | First Premier bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517160003 | | EDI: IRS.COM | Dec 10 2022 01:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517159998 | | EDI: JPMORGANCHASE | Dec 10 2022 01:53:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517160004 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 21:11:10 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 517374234 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 21:11:10 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517339772 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 517160006 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | Midland Funding LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517197511 | | EDI: AGFINANCE.COM | Dec 10 2022 01:53:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517160007 | | EDI: AGFINANCE.COM | Dec 10 2022 01:53:00 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517160008 | | EDI: AGFINANCE.COM | Dec 10 2022 01:53:00 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 517308648 | + | EDI: JEFFERSONCAP.COM | Dec 10 2022 01:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517365057 | | EDI: Q3G.COM | Dec 10 2022 01:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517365068 | | EDI: Q3G.COM | Dec 10 2022 01:53:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517160011 | | EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 517161446 | + | EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517189964 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 09 2022 21:11:16 | U.S. Department of Housing and Urban Dev., 451 7th Street, S.W., Washington, DC 20410-0002 |
| 517361372 | | Email/PDF: bncnotices@becket-lee.com | Dec 09 2022 21:11:28 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 36 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Carrington Mortgage Services LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor BANK OF AMERICA N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kathleen M Magoon | on behalf of Creditor BANK OF AMERICA N.A. logsecf@logs.com, kathleenmagoon@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Sylvia Y Smith moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8