| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Moshe Rothenberg, Esq. 880 E. Elmer Road Vineland, NJ 08360 P: (856) 236-4374 F: (856) 405-6769 Attorney for Debtor | |
| In Re: Sylvia Y. Smith | Case No: 17-32361 Chapter: 13 Hearing Date: 12/13/22 @ 11:00 a.m. Judge: JNP |

**Order Filed on December 13, 2022 by Clerk U.S. Bankruptcy Court District of New Jersey**

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 13, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 14 Cherokee Drive, Galloway, NJ 08205

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: U.S. Department of HUD
b. Current Assignee: U.S. Department of HUD
c. Current Servicer: ISN Corporation – Western Operations Center
d. Date of Mortgage/Lien: 12/13/2012
e. Date of Recordation: 4/10/2013
f. Place of Recordation: Atlantic, State of New Jersey
   i. Mortgage Book: 13576
   ii. Page: 1
g. Original Principal Balance of Mortgage/Lien: $ 46,853.50

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*